IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RENEE DAVIS

Plaintiff

v.                                              Case No. 06-CV-135

COASTAL INTERNATIONAL
SECURITY INC

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **COASTAL INTERNATIONAL SECURITIES INC**
With the following list of documents: **SUMMONS, COMPLAINT AND INITIAL ELECTRONIC CASE FILING ORDER, ORDER ON PLAINTIFF MOTION**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: **JOHN THOMPSON**
Title/relationship: REGISTERED AGENT
On: **Feb13 06** at **1240p**, at the address of **2420 N CAPITOL ST NW WASHINGTON DC 20002**

Manner of Service:

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

X  Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ Other

Signature: *Roland Gonzales*       Date: 2/16/06
Roland Gonzales
Contracted by Due Process         Subscribed and sworn before me this 16
P.O. Box 2396                     day of February, 2006
Columbia, MD 21045
800-228-0484
003486 BY MAIL-JOHN
JOHNCOCHRAN61@COMCAST.NET

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD

My comm. exp. Feb. 20, 2008