UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE DAVIS ) | |
| ) | 1:06 CV 00135 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COASTAL INTERNATIONAL ) | |
| SECURITY, INC. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S RULE 26.1 CERTIFICATE

I, the undersigned, counsel of record for defendant Coastal International Security, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of defendant which have outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

JACKSON LEWIS LLP

February 28, 2006

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 28, 2006 copy of the foregoing *Defendant's Rule 26.1 Certificate* was mailed, first-class mail, postage prepaid, to:

Jimmy A. Bell, Esq.
Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Counsel for Plaintiffs

  /s/ John M. Remy