IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RENEE DAVIS,                              :
                                         :
            Plaintiff,                    :
                                         :
v.                                        :        Case No.: 1:06-cv-00135-RCL
                                         :
COASTAL INTERNATIONAL                    :
SECURITY, INC.                            :
                                         :
            Defendant.                    :
                                         :

## REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to the rules of this Court, counsel in the above-styled matter submit this report

regarding the issues discussed at their LCvR 16.3 Conference.  A proposed Scheduling Order

incorporating the parties' report is attached.

**I.      STATEMENT OF THE CASE**

Plaintiff is employed by Defendant, Coastal International Security, Inc.  Plaintiff alleges

that she suffered an unlawful, discriminatory, adverse change in employment and the removal

from her post and contract, in retaliation for her filing a previous sex discrimination lawsuit

against the Defendant.  Defendant denies any unlawful, discriminatory, or retaliatory actions and

maintains all actions were taken for legitimate business reasons.

**II.     RULE 16.3 REPORT**

1.  <u>Status of Dispositive Motions</u>:  Plaintiff does not believe that this action may be resolved

    by dispositive motion following discovery.  Defendant believes this action should be

    resolved by dispositive motion and plans to file such a motion after the close of

    discovery.

2.  Amended Pleadings:  The parties do not at this time anticipate that it will be necessary to join third parties or amend the pleadings.

3.  Assignment to Magistrate Judge: The parties do not consent to assignment of a magistrate judge for trial.

4.  Settlement Possibility:  Plaintiff believes that mediation may prove fruitful in this matter. Defendant also believes mediation may be helpful, but only after a period of discovery.

5.  Alternative Dispute Procedures:  Plaintiff believes that alternative dispute resolution in the form of mediation may prove fruitful in this matter.  Defendant also believes ADR mediation may be helpful, but only after a period of discovery.

6.  Dispositive Motions:  The parties believe that any dispositive motion should be filed within 60 days of the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the motion, and that any reply should be filed within 30 days of the filing of the opposition.

7.  Initial Disclosures:  The parties agree that they should provide initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

8.  Discovery.  The parties request 180 days to complete discovery.  The Plaintiff believes the parties should limit the number of interrogatories to 25 per side.  The parties agree to limit the number of depositions to 10 per side.

9.  Experts: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.  Plaintiff agrees to name his experts and provide the Expert Report(s) within sixty (60) days following the initial scheduling conference, and Defendant agrees to name its experts and provide the Expert Report(s) within sixty (60) days thereafter.

10.  Class Action Procedures:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties do not believe that bifurcation of this matter is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>: The parties believe that a pretrial conference should be scheduled at the initial scheduling conference.

13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the pretrial conference.

The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

Respectfully submitted,


_____/s/_____
Jimmy A. Bell, Esq. (Bar No. MD 14639)
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
jimbellesq@aol.com
Counsel for Plaintiff


_____/s/_____
John M. Remy
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189
Fax: (703) 821-2267
Email: remyj@jacksonlewis.com
Counsel for Defendant