UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-135 (RCL) |
| ) | |
| **COASTAL INTERNATIONAL** ) | |
| **SECURITY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Report of the Local Rule 16.3 Conference and the entire record herein, it is hereby

ORDERED that discovery shall be completed by 180 days from this date; it is further

ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, any opposition thereto shall be filed no later than 45 days following the filing of the dispositive motion; and any reply shall be filed no later than 30 days following the filing of the opposition; it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), as modified.  Plaintiff will name experts and provide their reports within 60 days of this date.  Defendant will name experts and provide their reports 60 days thereafter; and it is further

ORDERED that a status conference shall be set after disposition of any dispositive

motions, at which time dates for pretrial and trial will be set and possible ADR will be discussed.

If the parties are agreeable to an earlier date for ADR, they shall notify the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 14, 2006.