UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE DAVIS ) | |
| ) | 1:0506CV00135 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COASTAL INTERNATIONAL ) | |
| SECURITY, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION TO COMPEL PLAINTIFF'S
## DISCOVERY RESPONSES AND FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37, defendant Coastal International Security, Inc. ("CIS"), through counsel, moves to compel plaintiff's discovery responses and for sanctions. On September 13, 2006, defendant served plaintiff with requests for production and interrogatories. Plaintiff has not provided any written discovery responses and such responses are now more than three weeks overdue. Defendant asks the Court to order plaintiff to provide answers to interrogatories, written responses to document requests and copies of responsive documents to defense counsel within 5 days of the Court's order and to reimburse Defendant for reasonable expenses including attorneys fees for this motion.

In accordance with the requirements of Local Rule 7(m), defense counsel telephoned plaintiff's counsel on October 27, 2006 to request plaintiff's consent for defendant's motion to compel in the event plaintiff did not produce his discovery responses by the first extended deadline of October 30, 2006. Plaintiff's counsel returned

defense counsel's call and left a voicemail indicating he did not consent to the motion because he intended to produce the discovery by October 30. On October 31, 2006, defense counsel sent plaintiff's counsel an e-mail and letter informing him that defendant would move forward with its motion to compel if plaintiff's written discovery responses were not received by November 3, 2006. Plaintiff's counsel did not respond.

Respectfully submitted,

**JACKSON LEWIS LLP**

November 9, 2006

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 9, 2006, I electronically filed Defendant's Motion to Compel Plaintiff's Discovery Responses and for Sanctions with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Jimmy A. Bell, Esq.
> Law Office of Jimmy A. Bell, Esq.
> 9610 Marlboro Pike
> Upper Marlboro, Maryland 20772

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267
*Counsel for Defendant*