UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE DAVIS )<br>                              )<br>          Plaintiff,  )<br>                              )<br>v.                             )<br>                              )<br>COASTAL INTERNATIONAL )<br>SECURITY, INC.         )<br>                              )<br>          Defendant. )<br>_____) | 1:0506CV00135 |

## ORDER

The Court has considered defendant's motion to compel plaintiff's discovery responses and for sanctions. Finding good cause therefore, the Court hereby GRANTS the motion. Plaintiff is hereby ORDERED to provide defense counsel, within <u>five days</u> of the date of this order, (1) written responses to Defendant's First Set of Interrogatories, (2) written responses to Defendant's First Set of Requests for Production, (3) copies of all responsive documents. It is further ORDERED that plaintiff/plaintiff's counsel shall reimburse defendant reasonable costs, including attorney's fees, incurred in the preparation of defendant's motion and defense counsel's efforts to obtain plaintiff's discovery responses. Defense counsel shall submit a petition of costs/fees within 10 days of this order.

      IT IS SO ORDERED, this _____, day of _____, 2006.

_____
The Honorable Royce C. Lamberth
United States District Court Judge

Copies to:

John M. Remy
Kara M. Ariail
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772