**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
Tel 703 821-2189
Fax 703 821-2267
www.jacksonlewis.com

ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC
BOSTON, MA | MIAMI, FL | SACRAMENTO, CA
CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA
DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA
GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT
HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC
LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY

DIRECT DIAL: 703-821-4306
E-MAIL: REMYJ@JACKSONLEWIS.COM

October 23, 2006

**VIA FACSIMILE & U.S. MAIL**
Jimmy A. Bell, Esq.
Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

Re: Davis v. Coastal International Security, Inc.; case no. 1:0506CV00135

Dear Jim:

On September 13, 2006, I served on your office via overnight delivery defendant's first sets of interrogatories and document requests in the above matter. On that same date, I also sent you a separate letter explaining the facts underlying this case in the hope that you would see CIS did not discriminate or retaliate against your client in any way.

I have not heard from you at all since September 13. Plaintiff's responses to discovery were due by no later than October 16, but I have not received those responses. Given the fact that we have worked together in the past, as well as your firm's reputation, I am surprised that you would simply not respond to properly served discovery.

Plaintiff's deposition is noticed for November 13. Given the pending discovery deadline, I intend to stick to that date since I have not heard otherwise from you. In order to prepare for the deposition, I need plaintiff's responses to discovery by October 30, 2006 (i.e. one week from today and two weeks after the due date). If I do not receive written responses and copies of documents by October 30, I will have no choice but to file an appropriate motion to compel and for sanctions with the Court – something I do not want to do and that should not be necessary.

Again, I invite you to discuss the facts outlined in my September 13 letter with your client so that we do not waste our collective time on what appears to be a simple misunderstanding on your client's part.

Very truly yours,

JACKSON LEWIS LLP

John M. Remy

cc: Stacey-Ann Jones (*CIS*)

EXHIBIT B