## Remy, John M. (DC)

**From:** Remy, John M. (DC)
**Sent:** Tuesday, October 31, 2006 1:42 PM
**To:** 'Jim'; 'jimbellesq@aol.com'
**Subject:** Coastal/Davis: discovery responses

Jim,

What is the status of your discovery responses in this case? Are you really just refusing to provide responses and are forcing me to file a motion to compel? The deposition is a week from Monday. Can you get me the responses, and all responsive documents, in my office by Friday this week? I am trying to be accommodating but this is getting to be too much. Please let me know if you can commit to and then deliver on Friday. Thanks.

John M. Remy
**jackson|lewis**
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
direct dial: (703) 821-4306
fax: (703) 821-2267
e-mail: remyj@jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**
**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

EXHIBIT C