

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | MIAMI, FL | PROVIDENCE, RI |
| 8614 Westwood Center Drive | BOSTON, MA | MINNEAPOLIS, MN | RALEIGH-DURHAM, NC |
| Suite 950 | CHICAGO, IL | MORRISTOWN, NJ | SACRAMENTO, CA |
| Vienna, VA 22182 | CLEVELAND, OH | NEW YORK, NY | SAN FRANCISCO, CA |
| Tel 703 821-2189 | DALLAS, TX | ORANGE COUNTY, CA | SEATTLE, WA |
| Fax 703 821-2267 | GREENVILLE, SC | ORLANDO, FL | STAMFORD, CT |
| www.jacksonlewis.com | HARTFORD, CT | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | LONG ISLAND, NY | PORTLAND, OR | WHITE PLAINS, NY |
| | LOS ANGELES, CA | | |

DIRECT DIAL: 703-821-4306
E-MAIL: REMYJ@JACKSONLEWIS.COM

October 31, 2006

**VIA FACSIMILE & U.S. MAIL**
Jimmy A. Bell, Esq.
Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

Re: Davis v. Coastal International Security, Inc.; case no. 1:0506CV00135

Dear Jim:

Enclosed please find an amended notice of deposition for your client. The deposition date and time remain the same (November 13, 2006 at 9:30 a.m.). However, I have changed the location from our office in Vienna, Virginia to a law office in D.C.

I sent you an e-mail earlier today asking if you would commit to providing written responses to interrogatories and document requests, as well as copies of all responsive documents, so that I receive them in my office by Friday, November 3, 2006. I did this so that we could avoid a motion to compel and for sanctions. Please let me know if you will commit to doing so or if I need to file a motion with the court.

Whether or not you provide written responses or documents, the deposition will go forward on November 13. However, if you do not provide responses and/or documents, I will leave the deposition open and recall your client if necessary after she complies with her discovery obligations.

Very truly yours,

JACKSON LEWIS LLP

John M. Remy

cc: Stacey-Ann Jones (*CIS*)

EXHIBIT D