UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RENEE DAVIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-135 (RCL) |
| ) | |
| **COASTAL INTERNATIONAL** ) | |
| **SECURITY, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has considered defendant's unopposed motion to compel plaintiff's discovery responses and for sanctions. Finding good cause therefore, the Court hereby GRANTS the motion. Plaintiff is hereby ORDERED to provide defense counsel, within *five (5) days* of the date of this Order, the following: (1) Written responses to defendant's first set of interrogatories; (2) Written responses to defendant's first set of requests for production; and (3) Copies of all responsive documents.

It is FURTHER ORDERED that plaintiff/plaintiff's counsel shall reimburse defendant reasonable costs, including attorneys' fees, incurred in the preparation of defendant's motion and defense counsel's efforts to obtain plaintiff's discovery responses. Defense counsel shall submit a petition of costs/fees within ten (10) days of this Order. Any response regarding reasonableness shall be submitted within ten (10) days thereafter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 11, 2006.