UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE DAVIS       )<br>                  )<br>     Plaintiff,    )<br>                  )<br>     v.           )<br>                  )<br>COASTAL INTERNATIONAL )<br>SECURITY, INC.    )<br>                  )<br>     Defendant.   )<br>_____) | 1:06CV00135 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Renee Davis and defendant Coastal International Security, Inc., both through counsel, hereby notify the Court that this action has settled and no further proceedings on this matter are necessary before this Court.

Accordingly, the parties hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

**Law Office of Jimmy A. Bell, Esq.**

By: /s/ Jimmy A. Bell
Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (Fax)
*Counsel for Plaintiff*

and

**JACKSON LEWIS LLP**

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive; Suite 950
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267
*Counsel for Defendant*